IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVIN UPCHURCH | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 2246 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| P.O. K. KWIATKOWSKI Star No. 201, | ) | Magistrate Judge Valdez |
| SGT P. RICHIE Star No. 47, | ) | |
| P.O. C. ERICKSON Star No. 199, | ) | |
| P.O. ZIEMINSKI Star No. 190, individually, | ) | |
| and CALUMET CITY | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## JOINT INITIAL STATUS REPORT

1. **Pre-Discovery Disclosures.** The parties will exchange by July 11, 2008, the information required by Fed.R.Civ.P. 26(a)(1).

2. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      i. The circumstances surrounding the arrest of Plaintiff by Defendants including whether the individual defendants had cause to stop, detain, search, strip search, use force against, or arrest Plaintiff.

   b. All discovery commenced in time to be completed by December 12, 2008.

   c. Maximum of 25 interrogatories by each party to other party with responses due 30 days after service.

   d. Maximum of 25 requests for admission by each party to any other party with responses due 30 days after service.

e. Number of depositions to be determined. Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

f. Reports from retained experts under Rule 26(a)(2) due from Plaintiff by September 30, 2008, and from Defendants by October 31, 2008.

3. **Other Items.**

a. All potentially dispositive motions should be filed within 30 days of the close of all discovery.

b. Settlement cannot be evaluated until after the depositions of the parties.

c. The case should be ready for trial by February 2009.

4. Consent to Magistrate Judge

The parties consent to proceed before a Magistrate Judge

Date: June, 13, 2008

By:   /s/      Leslie C. McCoy
         **Leslie C. McCoy**
         Attorney for Plaintiff
         Ed Fox & Associates
         300 West Adams Street, Suite 330
         Chicago, IL 60606

/s/      Robert R. Wilder
         **Robert R. Wilder**
         Attorney for Defendant
         Odelson & Sterk
         3318 W. 95th Street
         Evergreen Park, IL 60805