IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEVIN UPCHURCH )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>P.O. KWIATKOWSKI Star No. 201, )<br>SGT. P. RICHIE Star No. 47, )<br>P.O. C. ERICKSON Star No. 199, )<br>P.O. ZIEMINSKI Star No. 190, individually, )<br>and CALUMET CITY, )<br>    Defendants. ) | No. 08 CV 2246<br>Judge Guzman<br>Magistrate Judge Valdez<br><br><br><br><br><br><br>JURY DEMANDED |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that Defendants will present a motion for Extension of Time to File Answer for individual defendants on Tuesday, June 24, 2008 at 9:30 a.m. before Honorable Ronald A. Guzman at the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

  /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik #6275425
JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendants
642 North Dearborn Street
Chicago, IL 60610
312-335-0044    Fax: 312-335-9009
jroche@jjroche.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 18,** 2008, I filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

      /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik
Attorney No.   6275425
Attorney for Defendants
James J. Roche & Associates
642 North Dearborn
Chicago, Illinois 60610
312-335-0044
312-335-9009 (fax)
Kmkachmarik@jjroche.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEVIN UPCHURCH | ) | |
| Plaintiff, | ) | No. 08 CV 2246 |
| | ) | Judge Guzman |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| P.O. KWIATKOWSKI Star No. 201, | ) | |
| SGT. P. RICHIE Star No. 47, | ) | |
| P.O. C. ERICKSON Star No. 199, | ) | |
| P.O. ZIEMINSKI Star No. 190, individually, | ) | |
| and CALUMET CITY, | ) | |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF PRESENTMENT OF MOTION

PLEASE TAKE NOTICE that Defendants will present a motion for Extension of Time to File Answer for individual defendants on Tuesday, June 24, 2008 at 9:30 a.m. before Honorable Ronald A. Guzman at the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,

  /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik #6275425
JAMES J. ROCHE & ASSOCIATES
Attorneys for Defendants
642 North Dearborn Street
Chicago, IL 60610
312-335-0044     Fax: 312-335-9009
jroche@jjroche.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 18,** 2008, I filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

      /S/ Kelly Maloney Kachmarik
Kelly Maloney Kachmarik
Attorney No.   6275425
Attorney for Defendants
James J. Roche & Associates
642 North Dearborn
Chicago, Illinois 60610
312-335-0044
312-335-9009 (fax)
Kmkachmarik@jjroche.net