IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVIN UPCHURCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2246 |
| | ) | |
| P.O. K. KWIATKOWSKI Star No. 201, | ) | Judge Guzman |
| SGT. P. RICHIE Star No. 47, P.O. C. | ) | |
| ERICKSON Star No. 199, P.O. ZIEMINSKI | ) | Magistrate Judge Valdez |
| Star No. 190, individually, and CALUMET | ) | |
| CITY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   All Counsel of Record
      (see attached service list)

PLEASE TAKE NOTICE that on June 19, 2008, we filed the attached **Calumet City's Answer to Complaint** with the United States District Court, Northern District of Illinois, Eastern Division, copies of which are hereby served upon you.

*S/Robert Wilder*
_____


## PROOF OF SERVICE

I, Robert Wilder, state that on June 20, 2008, I caused a copy of the foregoing **Calumet City's Answer to Complaint** to be served on all counsel of record by e-filing this document with the United States District Court, Northern District, Eastern Division.

*S/Robert Wilder*
_____


**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

## Service List

**Edward M. Fox**
Ed Fox & Associates
300 West Adams Street
Suite 330
Chicago, IL 60606
(312) 345-8877

**Kelly Kathleen Kachmarik**
James J. Roche & Associates
642 North Dearborn
Chicago, IL 60610
(312)335-0044