# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Devin Upchurch

                              Plaintiff,

v.                                                  Case No.: 1:08–cv–02246
                                                     Honorable Ronald A. Guzman

K. Kwiatkowski, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendants K. Kwiatkowski, P. Richie, C. Erickson, Zieminski for extension of time to file Answer of individual Defendants [13] is granted to and including 6/30/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.