IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DEVIN UPCHURCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 2246 |
| | ) | |
| P.O. K. KWIATKOWSKI Star No. 201, | ) | Judge Guzman |
| SGT. P. RICHIE Star No. 47, P.O. C. | ) | |
| ERICKSON Star No. 199, P.O. ZIEMINSKI | ) | Magistrate Judge Valdez |
| Star No. 190, individually, and CALUMET | ) | |
| CITY, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 25, 2008, Defendant Police Officers filed their *Answer to Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

                                                                      Respectfully submitted,

                                                                  /s/   Kelly Maloney Kachmarik
                                                                  Kelly Maloney Kachmarik

KELLY KACHMARIK  - Attorney I.D. No. 6275425
JAMES J. ROCHE & ASSOCIATES
Attorney for Individual Defendants
642 North Dearborn Street
Chicago, IL 60610
312-335-0044 / FAX: 312/335-9009

Z:\office files\KMK\CALUMET CITY\UPCHURCH\PLEADINGS\Notice of Filing Answer to Complaint.wpd

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 25, 2008, I filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the noticed CM/ECF participants.

                              /S/ Kelly Maloney Kachmarik
                              Kelly Maloney Kachmarik
                              Attorney No.   6275425
                              Attorney for Individual Defendants
                              James J. Roche & Associates
                              642 North Dearborn
                              Chicago, Illinois 60610
                              312-335-0044
                              312-335-9009 (fax)
                              Kmkachmarik@jjroche.net